# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2013

147077

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 147077
COA: 308368
Wayne CC: 10-012014-FH

TERRY ANTHONY BROWN,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the April 16, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk

t0722